IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIE FRANK WRIGHT, JR.,        :
                                 :
        Plaintiff,               :
                                 :
        v.                       :
                                 :        No. 5:10-CV-272 (CAR)
DR. THERON HARRISON,             :
                                 :
        Defendant.               :
_____ :

## ORDER ON PLAINTIFF'S MOTION IN LIMINE

Before the Court is *pro se* Plaintiff's Motion in Limine [Doc. 65] to exclude his

medical records and his prior criminal conviction from evidence at trial.  Pursuant to

the pretrial conference held on July 26, 2012, Plaintiff's Motion is **GRANTED in part**

**and DENIED in part**.  To the extent that Plaintiff requests that this Court exclude his

irrelevant medical records, Plaintiff's Motion is **GRANTED**.  However, to the extent

that Plaintiff seeks to exclude his relevant medical records, Plaintiff's Motion is

**DENIED**.  As to Plaintiff's request to exclude his prior criminal conviction, Plaintiff's

Motion is **DENIED** as it is admissible under Rules 609 and 403 of the Federal Rules of

Evidence.

1

**SO ORDERED,** this 7th day of August, 2012.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH