IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| WILLIE FRANK WRIGHT, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:10-CV-272 (CAR) |
| DR. THERON HARRISON, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER ON PLAINTIFF'S MOTION IN LIMINE

Before the Court is *pro se* Plaintiff's Motion in Limine [Doc. 65] to exclude his medical records and his prior criminal conviction from evidence at trial. Pursuant to the pretrial conference held on July 26, 2012, Plaintiff's Motion is **GRANTED in part and DENIED in part**. To the extent that Plaintiff requests that this Court exclude his irrelevant medical records, Plaintiff's Motion is **GRANTED**. However, to the extent that Plaintiff seeks to exclude his relevant medical records, Plaintiff's Motion is **DENIED**. As to Plaintiff's request to exclude his prior criminal conviction, Plaintiff's Motion is **DENIED** as it is admissible under Rules 609 and 403 of the Federal Rules of Evidence.

1

**SO ORDERED,** this 7th day of August, 2012.

S/  C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

LMH